Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant, Shawn Patrick Cody Dixon

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SHAWN PATRICK CODY DIXON,<br>        Defendant. | Case No.: 2:18-cr-00156-JAD-NJK<br><br>ORDER TO CONTINUE SENTENCING<br><br>ECF No. 60 |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until June 22, 2020, at the hour of 10:00 a.m.

DATED this 30th day of March, 2020.

_____
JENNIFER DORSEY
UNITED STATES DISTRICT JUDGE