```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,     )
                              ) Case No. 2:18-cr-00156-JAD-NJK
              Plaintiff,      )
                              )      ORDER TEMPORARILY
vs.                           )     UNSEALING PROCEEDING
                              )
SHAWN PATRICK CODY DIXON,     )
                              )
              Defendant.      )
_____)
```

    On April 25, 2022, this Court received a request from Amber McClane, Federal Official Court Reporter, for a transcript of the sealed Sentencing held on June 24, 2020.

    **IT IS THEREFORE ORDERED** that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by Aden Kebede, AFPD. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until further order of this Court.

    **IT IS FURTHER ORDERED** that Amber McClane, Federal Official Court Reporter, shall not disclose the contents of the transcript of the sealed proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

                  **DATED** this 25th day of April, 2022.

                                 _____
                                    JENNIFER A. DORSEY
                          United States District Court Judge